[No. 8944–4–III.   Division Three.   April 28, 1988.]

FARWEST STEEL CORPORATION, *Appellant*, v. EAGLE STEEL
COMPANY, *Defendant*, GALL LANDAU & YOUNG
CONSTRUCTION COMPANY, INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 85–2–50346–8, Dennis D. Yule, J.,
entered March 16, 1987. *Affirmed* by unpublished opinion
per Thompson, A.C.J., concurred in by Green and Munson,
JJ.

[No. 19218–3–I.   Division One.   May 2, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ROY
RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86–1–00925–2, David C. Hunter, J., entered
September 30, 1986. *Reversed* by unpublished opinion per
Winsor, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 20041–1–I.   Division One.   May 2, 1988.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWIN HENRY
BLUM, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 86–1–03818–0, Peter K. Steere, J., entered
February 19, 1987. *Vacated* and *remanded* by unpublished
per curiam opinion.